UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED

IN CLERK'S OFFICE

JOHN MAYER GYLLENHAAL,
PLAINTIFF

NOV 0 5 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

CASE NO._____

V.

TAYLOR ALISON SWIFT,
DEFENDANT

JURY TRIAL DEMANDED

PRELIMINARY INJUNCTION , TEMPORARY RESTRAINING ORDER

This Court has jurisdiction under 28 usc 1331. I was at the Red Roof Inn in Nashville Tn during the night of the Country music awards in 2012. I am the cousin of American actor Jake Gyllenhaal and I was invited by him to attend the Country Music Awards as Jake has been in a secret relationship with Taylor Swift on the down low, and I went to room 69 at Red Roof inn and saw Taylor Swift cheating on Jake and having sex with Kanye west on the red roof inn King size bed with Kanye's monster song blaring in a boom box , while they were watching Keeping up with the Kardashians, and I knocked on the window while Taylor was riding on top of Kanye and screamed at Taylor that she is cheating on Jake and I told her I'm going to tell Jake and National enquirer magazine, then Taylor swift threw her red vibrator at me through the window which smashed the window into my face and glass went in my eye. Then Taylor rushed over to me naked and bashed my head with her grammy while kanye was laughing masterbating and then Taylor Swift dragged me into the hotel by my ears and Kanye told me if I told anyone that he was having sex
with Taylor that him, jay-z , and Scott Disick would break my knees. Taylor asked me if I was a jew because if I was she would have Jay Z and Beyonce gas me in a gas chamber hidden underneath the Denver International Airport. I thought about telling Jake about what I saw, but as I was running for my life away from Taylor Swift, and Kayne West, I turned to my right, and saw Jake getting it on in room 60 with someone in a fursuit bear costume. Petrified, I ran out the emergency exit and down the stairs, on my way down the stairs, I had a head on collision with Marshall Mathers (AKA Eminem). Mashall got very angry. He picked me up, and spun me around by my suspenders. When he let go I flew down two flights of stairs I landed right in front of the Jonas Brothers, who gave me a hand and helped me up. They asked me if I wanted to go next door to perkins to get something to eat. So I did. I went to the bathroom to wash up, and the Jonas Brothers paid the cook to lace my grilled cheese sandwich with hillucinogens behind my back. Casey Anthony told them it would be funny. About 45 minutes later I was tripping my brains out. Also on september 11 , 2012 Taylor swift
joined al-qaeda and this is a threat to all americans. Taylor Swift also gave Kobe Bryant a std at Kobe's japanese steak house in the men's bathroom, Taylor Swift wants to kill me because I have photos of her snorting cocaine with miley cyrus in Dollyworld. Taylor Swift also sodomized Nicki Minaj with a microphone . Taylor Swift stole my American Express credit card on 2/14/2012 and illegally carded herself breast implants and lipo on her thighs and charged 3,456.78 on it and

and illegally carded herself breast implants and lipo on her thighs and charged 3,456.78 on it and gave al-qaeda another 1,234.58 of it before ramadam. Taylor puched me in the nose because I told he she smelled like B.O. after catching her having sex with Richard Simmons at a nashville old folks home, and Taylor Swift stole a wig from sally's beauty supply. Taylor Swift also gave oral sex to Barack Obama in the oval office as a paid prostitute with tax payers money and this offends me as a dual citizen of the Country of istanbul turkey/ u.s citizen. Taylor Swift also slept with the entire cast of Jersey shore and stole my credit card to buy snooki diapers and mike the situation steroids . I will never buy a taylor swift cd again , and when I hear her on the Country music channel I have panic attacks and goose bumps, which ruins my day , dashes my hopes and dreams and gives me ear aches.Taylor swift music be forbidden from singing ever again in the World, I seek a restraining order against all of Taylor Swifts music to be broadcasted and a injunction against Taylor Swift secret meeting Justin Bieber behind Selena's back to have sex with him again like she been doing 69 other times in 2012 at the days inn in Nashville laying in the tub naked with bieber rubbing coconut lotion on him which was stolen from me by swift. I also seek the return of my used boxers which Taylor shows her friends as a trophy. I will also say on record I had sex with Taylor in a wal-mart dressing room where Taylor gave me genital herpes and now I'm very sick and Taylor laughs about it and told me she will kill my family if I tell anyone, which Im scared . i need help now and a restraining order.

Dated: 10/31/12

John Mayer Gyllenhaal
639 Lafayette St
Nashville, Tn 37203

John Mayer Gyllenhaal
639 Lafayette St
Nashville, TN 37203

PHILADELPHIA PA 191

31 OCT 2012 PM 6 L

RE
IN CLERK'S OFFICE

NOV 05 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

37203386900

US. District court
801 Broadway,
Nashville, Tennessee
37203

Case 3:12-cv-01145   Document 1   Filed 11/05/12   Page 3 of 3 PageID #: 3