UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN MAYER GYLLENHAAL | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:12-CV-1145 |
| | ) | JUDGE TRAUGER |
| | ) | |
| TAYLOR ALISON SWIFT | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/26/2012.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk