**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee | | Postmark Here |

3:12-CV-1145 DE 3 + 4
John Mayer Gyllenhaal
639 Lafayette Street
Nashville, TN 37203

7012 1640 0002 4555 1933

PS Form 3800, August 2006 — See Reverse for Instructions