KNOWLES, PRO-SE-CASE




ct Court
nnessee (Nashville)
CASE #: **3:12-cv-01145**

Date Filed: 11/05/2012
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

ented by **John Mayer Gyllenhaal**
639 Lafayette Street
Nashville, TN 37203
PRO SE

ylor Alison Swift, filed by John Mayer
11/06/2012)

e to Proceed In Forma Pauperis by John Mayer
11/06/2012)

e party regarding filing of new case (docket sheet
form included). (la) (Entered: 11/06/2012)

Envelope markings:
- 049J82036197 $00.450 Mailed From 37203 11/06/2012 US POSTAGE neopost
- NASHVILLE TN 372 05 NOV 2012 PM 6 L
- NIXIE 372 11/23/12 RETURN TO SENDER ATTEMPTED NOT KNOWN
- John Mayer Gyllenhaal, Nashville, TN 37203
- CLERK, U.S. DISTRICT COURT, 800 U.S. COURTHOUSE, NASHVILLE, TENNESSEE 37203, OFFICIAL BUSINESS
- RECEIVED IN CLERK'S OFFICE NOV 26 2012 U.S. DISTRICT COURT MID. DIST. TENN.