OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE
DEC 0 7 2012
U.S. DISTRICT COURT
MID. DIST. TEAM

John Mayer Gyllenhaal
639 Lafayette Street
Nashville, TN 37203

7012 1640 0002 4555 1933

CERTIFIED MAIL

NIXIE        372        GE 1        00 12/06/12
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 37203                *1659-02532-26-37

RECEIVED
IN CLERK'S OFFICE
DEC 0 7 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

DISTRICT COURT
CT OF TENNESSEE
E DIVISION

]
]
]
]       No. 3:12-1145
]       Judge Trauger
]
]
]

O R D E R

se complaint (Docket Entry No.1)
in forma pauperis (Docket Entry

of Nashville. It appears from the
ent financial resources to pay for
efore, the Clerk will file the
S.C. § 1915(a). However, process

he witnessed the defendant, a
sex with several individuals,
al Office. He further claims that
stole his American Express credit
eges that the defendant gave him

, the plaintiff must show that his