IN CLERK'S OFFICE

DEC 0 7 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

§ DISTRICT COURT
[CT OF TENNESSEE
LE DIVISION

]
]
]
]
]
]
]

No. 3:12-1145
Judge Trauger

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203

OFFICIAL BUSINESS

RECEIVED
IN CLERK'S OFFICE

DEC 0 7 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

John Mayer Gyllenhaal
639 Lafayette Street
Nashville, TN 37203

NIXIE            372            6E 1            72 12/05/12

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 37203            *1459 06339 26-37

neopost
Mailed From 37203
11/26/2012
$00.450
US POSTAGE

D E R

ɔ se complaint (Docket Entry No.1)

in forma pauperis (Docket Entry

of Nashville. It appears from the

ɘnt financial resources to pay for

ɪfore, the Clerk will file the

.S.C. § 1915(a). However, process

he witnessed the defendant, a

sex with several individuals,

l Office. He further claims that

:ole his American Express credit

ges that the defendant gave him

the plaintiff must show that his